"[F]or a Class 1 felony, the minimum term shall be 4 years unless the court, having regard to the nature and circumstances of the offense and the history and character of the defendant, sets a higher minimum term * * *."

The defendant asserts that, since the court did not consider the history and character of the defendant, any minimum sentence greater than four years is excessive. Considering the nature and circumstances of the offenses defendant committed, we find this contention to be without merit.

For the foregoing reasons, the judgment of the Circuit Court of St. Clair County is affirmed.

Judgment affirmed.

CREBS and CARTER, JJ., concur.

---

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. LAWRENCE B. DRISDEL, Defendant-Appellant.

(No. 72-191;

Fifth District—February 22, 1974.

PER CURIAM.
CREBS, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Robert H. Rice, State's Attorney of Belleville (Richard A. Aguirre, Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RALPH LEON SIMMONS, Defendant-Appellant.

(No. 72-278;

Fifth District—February 22, 1974.

CARTER, J., took no part.